

Emerson Baetz, for appellant; Du Hadway & Suddes, for appellee; Claude J. Davis, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 7, 1951; released for publication April 3, 1951.

Bruce Graves and Eugene Farmer, Appellants, v. Julius V. Spann and Gordon's Transports, Inc., Appellees.

Julius V. Spann, Appellee, v. Bruce Graves, Appellant.

Gen. No. 9,723.

C. E. Tate, for appellants; John Alan Appleman and T. Gaillard Knappenberger, Jr., for appellees; John Alan Appleman, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 7, 1951; released for publication April 3, 1951.